FILED
DEC 16 2014

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-50131 |
| Plaintiff, | INDICTMENT |
| v. | FALSE STATEMENT |
| DANISHIA MARSHALL, | 18 U.S.C. § 1001 |
| Defendant. | |

The Grand Jury charges:

On or about the 3rd day of October, 2013, in Shannon County, in the District of South Dakota, Danishia Marshall, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, in that Danishia Marshall told a Special Agent from the Federal Bureau of Investigation that she had been sexually assaulted by Officer Dan Crazy Thunder, when she, in fact, knew she had not been sexually assaulted, in violation of 18 U.S.C. § 1001.

A TRUE BILL:

**NAME REDACTED**
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By _____